# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br> Tyrie Smith <br> a/k/a "Knuckles" | Case No: 1:10CR00003-014 <br> USM No: 10413-089 |
| Date of Original Judgment: 12/20/2010 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Pro Se <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Mr. Smith's sentence was imposed pursuant to an 11(c)(1)(C) plea agreement not tied to a guideline calculation; therefore, he is not eligible for a sentence reduction under Amendment 782.

Except as otherwise provided, all provisions of the judgment dated 12/23/2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2/14/2017

*/s/ Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*