# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:10CR00003-014 |
| Tyrie Smith ) | USM No. 10413-089 |
| 12/20/2010 | Sara Varner |
| Date of Previous Judgment | Defendant's Attorney |

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☑ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 204 months **is reduced to** 120 months.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: 204 months          Amended Sentence: 120 months
Previous Supervised Release Term Imposed: 8 years    Amended Supervised Release Term: 6 years (Ct. 5)*
Previous Underlying Sentence Imposed:          Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

*8 years supervised release on Count 1, and 6 years on Count 5, concurrent.

**III. ADDITIONAL COMMENTS:**


Except as provided above, all provisions of the judgment dated 12/20/2010 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 3/4/2019

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana