UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:10-cr-0003-SEB-DML |
| TYRIE SMITH, | ) ) | - 14 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On August 3, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 19, 2022. Defendant Smith appeared in person with his appointed counsel Dominic Martin. The government appeared by Patrick Gibson, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Brian Bowers.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.   The Court advised Defendant Smith of his rights and provided him with a copy of the petition. Defendant Smith orally waived his right to a preliminary hearing.

2.   After being placed under oath, Defendant Smith admitted violation number 1. [Docket No. 1637.]

3.   The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall refrain from any unlawful use of a controlled substance."** |
| | On March 14, 2019, Mr. Smith tested positive for marijuana and methamphetamine use. On October 1, 2019, he tested positive for methamphetamine use. On June 8, 2021; August 8, 2021; and March 16, 2022; and April 21, 2022; Mr. Smith tested positive for cannabinoids. On April 8, 2022, he tested positive for methamphetamine and cannabinoids. On May 25 and June 15, 2022, Mr. Smith tested positive for cannabinoids. On June 22, 2022, he tested positive for methamphetamines. On July 5, 2022, Mr. Smith tested positive for cannabinoids and amphetamines. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of four (4) months with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of four (4) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 8/10/2022

*Doris L. Pryor*
Hon. Doris L. Pryor
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system